## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID VIVEIROS | : | CIVIL ACTION NO.: |
|    Plaintiff, | : | 1:18-cv-00115-JJM-LDA |
| | : | |
| VS. | : | |
| | : | |
| AETNA LIFE INSURANCE COMPANY | : | |
| | : | |
|    Defendants. | : | APRIL 11, 2019 |
| | : | |
| | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(2), plaintiff, David Viveiros, and defendant Aetna Life Insurance Company, hereby stipulate to dismissal with prejudice of this action, each party to bear its or his respective costs and attorney's fees.

| PLAINTIFF<br>DAVID VIVEIROS | DEFENDANT<br>**AETNA LIFE INSURANCE COMPANY** |
|---|---|
| By */s/ Noelle K. Clapham*<br>Noelle K. Clapham (5338)<br>Vicki J. Bejma (6498)<br>Robinson & Clapham<br>123 Dyer Street, Suite 135<br>Providence, RI 02903<br>Tel. No.: (401) 331-6565<br>Fax No.: (401) 331-7999<br>claphamlaw@verizon.net<br>vbejma@smrobinsonlaw.com | By */s/ Theodore J. Tucci*<br>Dana M. Horton (6251)<br>Theodore J. Tucci (admitted *pro hac vice*)<br>Kelly Frye Barnett (admitted *pro hac vice*)<br>Robinson & Cole LLP<br>One Financial Plaza, Suite 1430<br>Providence, RI 02903-2485<br>Tel. No.: (401) 709-3300<br>Fax No.: (401) 709-3399<br>E-mail: dhorton@rc.com; ttucci@rc.com;<br>kbarnett@rc.com |

## CERTIFICATION

I hereby certify that on this 11th day of April, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

Noelle K. Clapham
Vicki J. Bejma
Robinson & Clapham
123 Dyer Street, Suite 135
Providence, RI  02903

>  */s/ Dana M. Horton*
>  *Dana M. Horton*